# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>v.<br><br>Alejandro Flores,<br>*Defendant(s)* | Case Number: 23-30035-020-SPM |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    ALEJANDRO FLORES                                                                                ,

who is accused of an offense or violation based on the following document filed with the court:

☐   Indictment      ☒   Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 3 – 21 USC 841(b)(1)(A)(ii)(II): Conspiracy to Distribute Controlled Substances: Methamphetamine, Fentanyl, and Cocaine

Date:  August 28, 2025                                                 _____
                                                                                    *Issuing officer's signature*

City and state:    East St. Louis, Illinois                             Monica A. Stump, Clerk of Court
                                                                                    *Printed name and title*

---

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____                                  _____
                                                                            *Arresting officer's signature*

                                                                            _____
                                                                            *Printed name and title*

AO-442  (Rev. 11/11) Arrest Warrant  MODIFIED SDIL(2/2012)