# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

UNITED STATES OF AMERICA
*Plaintiff*

v.

ALEJANDRO FLORES
*Defendant(s)*

Case Number: 3:23-cr-30035-SPM

SUPPRESSED

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     ALEJANDRO FLORES                                                    ,

who is accused of an offense or violation based on the following document filed with the court:

☐  Indictment     ☒  Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Count 3 – 21:846 and 18:2 Conspiracy to Distribute Controlled Substances: Methamphetamine, Fentanyl, and Cocaine.

Date:  June 17, 2026

*Issuing officer's signature*

City and state:     East St. Louis, IL

Monica A. Stump – Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date:  6-18-2026

Returned unexecuted, subject already in
custody on indictment.

*L. Patterson*

*Arresting officer's signature*

*Printed name and title*

AO-442  (Rev. 11/11) Arrest Warrant  MODIFIED SDIL(2/2012)